UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.: 2:21-cr-3-SPC-MRM

SERDARRYEL DAVE ENGLISH,
JR.

_____

## **PRELIMINARY ORDER OF FORFEITURE**[1]

Before the Court, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, is the United States' March 21, 2022 Motion for Preliminary Order of Forfeiture, seeking forfeiture of Defendant Serdarryel Dave English, Jr.'s interest in a **Smith and Wesson firearm (S/N ECA0892)**, and **approximately five rounds of Hornady ammunition**. (Doc. 53).

Defendant Serdarryel Dave English, Jr. pleaded guilty to Count One of the Indictment which charged the defendant with possession of a firearm by a convicted felon, a violation of 18 U.S.C. § 922(g)(1).  (Doc. 50).  On March 21, 2022, the undersigned United States District Judge accepted English's plea and adjudicated him guilty of the offense charged in Count One of the

---

[1] Disclaimer:  Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Indictment. (Doc. 52).   The defendant's sentencing hearing is currently scheduled for June 21, 2022, at 9:30am.  (Docs. 52; 54).

The United States has established the required connection between the crime of conviction and the assets.  Because the United States is entitled to forfeit the property, the Motion for Preliminary Order of Forfeiture (Doc. 53), is **GRANTED**.

It is **FURTHER ORDERED**, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, that the firearm and ammunition described above are **FORFEITED** to the United States of America for disposition according to law.

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

**DONE AND ORDERED** in Fort Myers, Florida on March 24, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record

2