UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.: 2:21-cr-3-SPC-KCD

SERDARRYEL DAVE ENGLISH,
JR.

_____

## **FINAL ORDER OF FORFEITURE**[1]

Before the Court, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2),

Federal Rules of Criminal Procedure, is the United States' Motion for Final Order

of Forfeiture filed July 19, 2022.  (Doc. 79).  The motion requests the Court

issue a final order of forfeiture for **approximately five rounds of Hornady**

**ammunition**, which were subject to a March 24, 2022 preliminary order of

forfeiture (Doc. 55).

In accordance with the provisions of 21 U.S.C. § 853(n), the United States

published notice of the forfeiture, and of the intent to dispose of the asset on

the official government website, www.forfeiture.gov, beginning on March 30,

2022 and continuing through April 28, 2022.  Doc. 66.  The publication gave

notice to all third parties with a legal interest in the asset to file with the Office

---

[1] Disclaimer:  Papers hyperlinked to CM/ECF may be subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them.  The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft.

Myers, Florida 33901, a petition to adjudicate their interest within 60 days of

the first date of publication.  No one has filed a petition or claimed an interest

in the asset, and the time for filing such petition has expired.

The United States' Motion for Final Order of Forfeiture (Doc. 79) is

**GRANTED**.  Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of

Criminal Procedure, all right, title, and interest in the asset is **CONDEMNED**

and **FORFEITED** to the United States for disposition according to law.  Clear

title to the asset now vests in the United States of America.

**DONE AND ORDERED** in Fort Myers, Florida on August 3, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record

2